IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No. 3:09-500-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| OTILLIO DELGADO | ) | |
| _____ | ) | |

This court recently denied the defendant's motion for free copies of his sentencing transcript, plea agreement, judgment, and docket sheet. The defendant has filed a motion to reconsider that order, now contending that he is not trying to comb the record, but is specifically requesting a copy of the sentencing transcript section dealing with his criminal history and offense level scoring, along with any departures therefrom and the reasons for the departure. The defendant indicates that he intends to file a petition under 28 U.S.C. § 2241 in the federal District where he is incarcerated.

As this court noted in its earlier order, if the defendant wishes to receive extracts from his sentencing transcript (ECF No. 561), he may contact the court reporter, Jennifer H. Williams, at 901 Richland Street, Columbia, South Carolina, 29201, and request copies of the same. He may also contact the Clerk of Court at the same address and request copies of his Presentence Report (ECF No. 543). The Clerk will advise the defendant of the costs of the copies which must be paid up-front and in full to the Clerk.

Finding no grounds for disturbing the court's earlier ruling, the motion to reconsider (ECF No. 810) is denied.

IT IS SO ORDERED.

*Joseph F. Anderson Jr.*

February 7, 2012                                      Joseph F. Anderson, Jr.
Columbia, South Carolina                        United States District Judge